UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | No. | 3:11-CR-128 |
| | ) | | Judge Phillips |
| DONALD HARTMAN | ) | | |

# **MEMORANDUM AND ORDER**

Defendant Donald Hartman has filed a petition for early termination of supervised release [Doc. 20]. In support of his motion, Defendant states that he has made significant changes to his life since his release from prison. Defendant states that he began working as a laborer at a family-owned business, and worked his way up to his current position of superintendent. Defendant also states that he has married, started a family, and bought his first home. Defendant notes that he has been on supervised release since April 28, 2016, and is scheduled to be released from supervision on January 28, 2020.

The record reflects that Defendant pled guilty to one count of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g). On May 29, 2012, Defendant was sentenced to a term of imprisonment of 70 months' imprisonment, to be followed by a three-year term of supervised release [Doc. 17].

The United States Probation Office has informed the Court that Defendant is under supervision by the Western District of Missouri. Defendant's probation officer in that district stated that Defendant has changed his life since his release from prison, and notes that Defendant has a job in the construction industry and has started a family. The

probation office has had no compliance issues with Defendant and do not object to his request for early termination. Similarly, the government does not oppose Defendant's request for early termination.

After considering the factors set forth 18 U.S.C. § 3553(a), the Court may terminate a term of supervised release and discharge the defendant after the expiration of one year of supervised release if the Court "is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). After carefully considering the requirements of the statute, the Court finds the relevant portions of 18 U.S.C. § 3553(a) support an early termination of Defendant's supervised release. In support of this determination, the Court notes that Defendant has completed more than two years of his term of supervised release, and indeed, has completed nearly all of his term of supervised release. During this time, Defendant has been in full compliance with the conditions of his supervision. Defendant has maintained employment, married, and started a family. In addition, his supervising probation officer and the government do not oppose the request. It appears to the Court that Defendant has rehabilitated himself and he poses no threat to any individual or the community to reoffend. Accordingly, pursuant to 18 U.S.C. § 3583(e)(1), based on the defendant's conduct and the interests of justice, Defendant's motion for early termination of supervised release [Doc. 20] is **GRANTED.** Defendant's term of supervised release is **TERMINATED.**

    **IT IS SO ORDERED.**

                                        s/ Thomas W. Phillips
                                        SENIOR UNITED STATES DISTRICT JUDGE